EXHIBIT A

**SUMM**
Ismail Amin, Esq. (SBN 9343)
The Amin Law Group, NV., Ltd.
3960 Howard Hughes Pkwy, Fifth Floor
Las Vegas, NV 89169
Tel: (702) 990-3583
Fax: (702) 990-3501
Attorneys for Plaintiff, JESSE WAITS

## DISTRICT COURT

## CLARK COUNTY, NEVADA

JESSE WAITS, an Individual

           Plaintiff(s),

        -vs-

JOEL ZIMMERMAN aka JOEL D.
ZIMMERMAN, an Individual, and DOES
1-10,

           Defendant(s).

CASE NO. A682861

DEPT. NO. XXVIII

## SUMMONS - CIVIL

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.
READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against

you for the relief set forth in the Complaint.

    1.    If you intend to defend this lawsuit, within 20 days after this Summons is

        served on you, exclusive of the day of service, you must do the following:

        (a) File with the Clerk of this Court, whose address is shown below, a

            formal written response to the Complaint in accordance with the rules

            of the Court, with the appropriate filing fee.

        (b) Serve a copy of your response upon the attorney whose name and

            address is shown below.

SUMM Civil/6/4/2013

2.   Unless you respond, your default will be entered upon application of the
Plaintiff(s) and failure to so respond will result in a judgment of default
against you for the relief demanded in the Complaint, which could result in
the taking of money or property or other relief requested in the Complaint.

3.   If you intend to seek the advice of an attorney in this matter, you should do
so promptly so that your response may be filed on time.

4.   The State of Nevada, its political subdivisions, agencies, officers,
employees, board members, commission members and legislators each
have 45 days after service of this Summons within which to file an Answer
or other responsive pleading to the Complaint.

STEVEN D. GRIERSON
CLERK OF COURT

Submitted by:

DISTRICT
COURT

By:   CHAUNTEL HAHN          JUN 05 2013

Deputy Clerk                    Date

Ismail Amin, Esq.
State Bar No. 9343
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89109
Telephone: (702) 990-3583
Facsimile:  (702) 990-3501

Regional Justice Center

200 Lewis Avenue
Las Vegas, NV 89155

**NOTE: When service is by publication, add a brief statement of the object of the
action.  See Nevada Rules of Civil Procedure 4(b).**

2

SUMM Civil/6/4/2013

A-13-682861-C

CIVIL COVER SHEET

Clark County, Nevada

XXVIII

Case No.
*(Assigned by Clerk's Office)*

## I. Party Information

| | |
|---|---|
| Plaintiff(s) (name/address/phone): JESSE WAITS | Defendant(s) (name/address/phone): JOEL ZIMMERMAN aka JOEL D. ZIMMERMAN, an Individual; and DOES 1 THROUGH 10 |
| Attorney (name/address/phone):<br>Ismail Amin, Esq.<br>The Amin Law Group, NV., Ltd.<br>3960 Howard Hughes Parkway, Fifth Floor<br>Las Vegas, NV. 89169<br>Telephone: 702.990.3583<br>Facsimile: 702. 990.3501 | 3132 Holly Rdge Drive, Los Angeles, CA 90068<br><br>Attorney (name/address/phone): |

## II. Nature of Controversy (Please check applicable bold category and applicable subcategory, if appropriate)

☐ Arbitration Requested

### Civil Cases

**Real Property**

☐ **Landlord/Tenant**
  ☐ Unlawful Detainer
☐ **Title to Property**
  ☐ Foreclosure
  ☐ Liens
  ☐ Quiet Title
  ☐ Specific Performance
☐ **Condemnation/Eminent Domain**
☐ **Other Real Property**
  ☐ Partition
  ☐ Planning/Zoning

**Torts**

Negligence

☐ **Negligence – Auto**
☐ **Negligence – Medical/Dental**
☐ **Negligence – Premises Liability**
  (Slip/Fall)
☐ **Negligence – Other**

☐ **Product Liability**
  ☐ Product Liability/Motor Vehicle
  ☐ Other Torts/Product Liability
☐ **Intentional Misconduct**
  ☐ Torts/Defamation (Libel/Slander)
  ☐ Interfere with Contract Rights
☐ **Employment Torts** (Wrongful termination)
☐ **Other Torts**
  ☐ Anti-trust
  ☐ Fraud/Misrepresentation
  ☐ Insurance
  ☐ Legal Tort
  ☐ Unfair Competition

**Probate**

☐ **Summary Administration**
☐ **General Administration**
☐ **Special Administration**
☐ **Set Aside Estates**
☐ **Trust/Conservatorships**
  ☐ Individual Trustee
  ☐ Corporate Trustee
☐ **Other Probate**

**Other Civil Filing Types**

☐ **Construction Defect**
  ☐ Chapter 40
  ☐ General
☒ **Breach of Contract**
  ☐ Building & Construction
  ☐ Insurance Carrier
  ☐ Commercial Instrument
  ☐ Other Contracts/Acct/Judgment
  ☐ Collection of Actions
  ☐ Employment Contract
  ☐ Guarantee
  ☐ Sale Contract
  ☐ Uniform Commercial Code
☐ **Civil Petition for Judicial Review**
  ☐ Other Administrative Law
  ☐ Department of Motor Vehicles
  ☐ Worker's Compensation Appeal

☐ **Appeal from Lower Court** *(also check applicable civil case box)*
  ☐ Transfer from Justice Court
  ☐ Justice Court Civil Appeal
☐ **Civil Writ**
  ☐ Other Special Proceeding
☐ **Other Civil Filing**
  ☐ Compromise of Minor's Claim
  ☐ Conversion of Property
  ☐ Damage to Property
  ☐ Employment Security
  ☐ Enforcement of Judgment
  ☐ Foreign Judgment – Civil
  ☐ Other Personal Property
  ☐ Recovery of Property
  ☐ Stockholder Suit
  ☐ Other Civil Matters

## III. Business Court Requested (Please check applicable category: *for Clark or Washoe Counties only*)

☐ NRS Chapters 78-88
☐ Commodities (NRS 90)
☐ Securities (NRS 90)

☐ Investments (NRS 104 Art. 8)
☐ Deceptive Trade Practices (NRS 598)
☐ Trademarks (NRS 600A)

☐ Enhanced Case Mgmt/Business
☐ Other Business Court Matters

June 4, 2013
_____
Date

_____
Signature of initiating party or representative

Electronically Filed
06/04/2013 12:32:16 PM

CLERK OF THE COURT

**COMP**
ISMAIL AMIN, ESQ. (State Bar No. 9343)
LAWRENCE KULP, ESQ. (State Bar No. 7411)
**The Amin Law Group, NV., Ltd.**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3583
Facsimile: (702) 990-3501

Attorneys for Plaintiff JESSE WAITS

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JESSE WAITS, an Individual; | Case No. A-13-682861-C |
| Plaintiff, | Dept. No. XXVIII |
| v. | **COMPLAINT FOR:** |
| JOEL ZIMMERMAN aka JOEL D. ZIMMERMAN, an individual; and DOES 1 THROUGH 10, | (1) BREACH OF CONTRACT |
| | (2) BREACH OF ORAL CONTRACT |
| Defendant(s). | (3) BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING |
| | (4) INTENTIONAL MISREPRESENTATION |
| | (5) NEGLIGENT MISREPRESENTATION |
| | (6) FRAUDULENT INDUCEMENT |
| | (7) UNJUST ENRICHMENT |
| | (8) ACCOUNTING AND CONSTRUCTIVE TRUST |
| | (9) RESTITUTION |
| | (10) CONVERSION |

1

COMPLAINT

COMES NOW Plaintiff JESSE WAITS (hereinafter referred to as "Plaintiff"), by and through his attorney, The Amin Law Group, NV., Ltd., and hereby pleads and alleges as follows:

## PARTIES AND JURISDICTION

1.     At all times mentioned herein, Plaintiff JESSE WAITS ("Plaintiff") is an individual residing in the State of Nevada, County of Clark.

2.     At all times mentioned herein, Defendant JOEL ZIMMERMAN aka JOEL D. ZIMMERMAN ("Defendant") is an individual residing in the State of California, County of Los Angeles.

3.     The true names and capacities, whether individual, corporate, associate or otherwise of Defendants Does 1-10, inclusive, are unknown to Plaintiff, and therefore, Plaintiff sues said Defendants by such fictitious names. Plaintiff is informed and believes, and on that basis alleges, that each of the Defendants designated herein as a fictitiously-named Defendant is, in some manner, responsible for the events and happenings referred to herein.

4.     The contract that is the subject of this action was entered into by Plaintiff and Defendant in the City of Las Vegas, County of Clark, State of Nevada. The resulting breach of contract occurred in the City of Las Vegas, County of Clark, State of Nevada. Additionally, performance by Plaintiff of the contract occurred in the City of Las Vegas, County of Clark, State of Nevada.

## GENERAL ALLEGATIONS

5.     About and around February 2011, Plaintiff and Defendant entered into an agreement with one another, both oral and written, whereby Plaintiff agreed to loan to Defendant a sum of Fifty Thousand Dollars ($50,000.00). In exchange, Defendant agreed to repay Plaintiff the total amount borrowed, plus interest.

The Amin Law Group, NV.Ltd.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax: (702) 990-3501

2

6.    The agreement between Plaintiff and Defendant was comprised of a written agreement and an oral agreement or series of oral agreements, (hereinafter "the Agreement").

7.    Pursuant to the terms of the Agreement, Plaintiff was to lend Defendant Fifty Thousand Dollars ($50,000.00).   In exchange for Plaintiff's performance under the terms of the Agreement, Defendant agreed to tender to Plaintiff, beginning six (6) months after the funds were disbursed, monthly payments plus interest until the entire Fifty Thousand Dollars ($50,000.00) was remitted to Plaintiff.

8.    On March 2, 2011, a Mr. Praveen Chandra wired to Defendant, on behalf of Plaintiff, Thirty Thousand Dollars ($30,000.00) pursuant to the Agreement. *A true and correct copy of Plaintiff's Nevada State Bank Account evidencing this wire transfer is attached hereto as Exhibit A.*

9.    On March 7, 2011, Defendant sent Plaintiff an e-mail at 2:49 P.M. indicating Defendant's bank account information such that Plaintiff would be able to personally wire the remaining Twenty Thousand Dollars ($20,000.00) to Defendant. *A true and correct copy of the E-Mail is attached hereto as Exhibit B.*

10.    On March 8, 2011, Plaintiff personally wired Defendant the remaining Twenty Thousand Dollars ($20,000.00) pursuant to the Agreement. *See Exhibit A.*

11.    However, beginning in September 2011 and, despite Plaintiff's full performance under the Agreement, Defendant failed and refused to tender to Plaintiff any monthly payment with interest.

12.    On February 8, 2013, Plaintiff made a demand for repayment, in full, of the loan, to no avail. Defendant was given until February 18, 2013 to reply to the demand letter, yet failed to do so. *A true and correct copy of the Demand Letter is attached hereto as Exhibit C.*

13.    Plaintiff has been forced to retain the services of legal counsel to bring an action to enforce the terms of the Agreement and has incurred attorneys' fees and costs as a result.

3

COMPLAINT

The Amin Law Group, Ltd.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Phone: (702) 990-3583 | Fax: (702) 990-3501

The Amin Law Group, NV Ltd.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Phone (702) 990-3583 / Fax (702) 990-3501

## FIRST CAUSE OF ACTION

### (For Breach of Contract)

14.     Plaintiff alleges and incorporates by reference the allegations set forth in Paragraphs 1 through 13, as though fully set forth herein.

15.     About and around February 2011, Plaintiff and Defendant entered into an agreement with one another, both oral and written, whereby Plaintiff agreed to loan to Defendant a sum of Fifty Thousand Dollars ($50,000.00).  In exchange, Defendant agreed to repay Plaintiff the total amount borrowed, plus interest.

16.     Plaintiff has, at all times, fully performed all of the obligations required of him under the Agreement.

17.     However, in or around September 2011, Defendant breached the Agreement by failing and refusing to tender to Plaintiff its monthly repayment plus interest.

18.     As a direct and proximate result of Defendant's breach of the Agreement by 1) failing to tender the agreed upon monthly repayment and 2)  failing to pay Plaintiff interest on the loan, Plaintiff has been damaged in an amount in excess of at least Fifty Thousand Dollars ($50,000.00).

19.     As a further direct and proximate result of Defendant's actions, Plaintiff has been forced to retain the services of legal counsel to bring an action to enforce the terms of the Agreement and has been damaged thereby; as such, Plaintiff is entitled to an award of reasonable attorneys' fees and costs.

## SECOND CAUSE OF ACTION

### (For Breach of Oral Contract)

20.     Plaintiff alleges and incorporates by reference the allegations set forth in Paragraphs 1 through 19, as though fully set forth herein.

4

COMPLAINT

21.     Around or about February 2011, Plaintiff and Defendant entered into an oral agreement wherein Plaintiff agreed to loan to Defendant a sum of Fifty Thousand Dollars ($50,000.00). In exchange, Defendant agreed to repay Plaintiff the total amount borrowed, plus interest.

22.     At all times, Plaintiff has fully performed all of the obligations required of him under the oral agreement.

23.     At all times, the terms of the oral agreement have been clear, and Plaintiff has performed all of the essentials of the oral agreement.

24.     However, in or around September 2011, Defendant breached the oral agreement by failing and refusing to tender to Plaintiff its monthly repayment plus interest.

25.     As a direct and proximate result of Defendant's breach of the oral agreement with respect to Plaintiff's entitlement to a monthly repayment plus interest, Plaintiff has been damaged in an amount in excess of at least Fifty Thousand Dollars ($50,000.00).

26.     As a further direct and proximate result of Defendant's actions, Plaintiff has been forced to retain the services of legal counsel to bring an action to enforce the terms of the Agreement and has been damaged thereby; as such, Plaintiff is entitled to an award of reasonable attorneys' fees and costs.

## THIRD CAUSE OF ACTION

### (For Breach of the Implied Covenant of Good Faith and Fair Dealing)

27.     Plaintiff alleges and incorporates by reference the allegations set forth in Paragraphs 1 through 26, as though fully set forth herein.

28.     In every contract, including the Agreement between Plaintiff and Defendant, there is an implied promise of good faith and fair dealing. Specifically, this covenant precludes either party to

The Amin Law Group, NV.Ltd.<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Phone: (702) 990-3583 Fax: (702) 990-3501

5

1   an agreement from depriving the other party of the rights, benefits, and protections of the operative

2   agreement.

3       29.    At all times, Plaintiff has fully performed all of the obligations required of him under the

4   Agreement.

5       30.    However, in or around September 2011, Defendant breached the Agreement by failing

6   and refusing to tender to Plaintiff its monthly repayment plus interest.

7       31.    As a direct and proximate result of Defendant's breach of the Agreement with respect to

8   Plaintiff's entitlement to a monthly repayment plus interest, Plaintiff has been damaged in an amount

9   in excess of at least Fifty Thousand Dollars ($50,000.00).

10       32.    As a further direct and proximate result of Defendant's actions, Plaintiff has been forced to

11   retain the services of legal counsel to bring an action to enforce the terms of the Agreement and has

12   been damaged thereby; as such, Plaintiff is entitled to an award of reasonable attorneys' fees and

13   costs.

14   <div align="center">**FOURTH CAUSE OF ACTION**</div>

15   <div align="center">**(For Intentional Misrepresentation)**</div>

16       33.    Plaintiff alleges and incorporates by reference the allegations set forth in Paragraphs 1

17   through 32, as though fully set forth herein.

18       34.    Around or about February 2011, Plaintiff and Defendant entered into an Agreement

19   whereby Plaintiff agreed to loan to Defendant a sum of Fifty Thousand Dollars ($50,000.00).  In

20   exchange, Defendant agreed to repay Plaintiff the total amount borrowed, plus interest.

21       35.    Plaintiff is informed and believes, and on that basis alleges, that Defendant made

22   intentional and fraudulent misrepresentations – both orally and in written form – or concealed

23   material facts to induce Plaintiff into entering into the Agreement.  Such representations included,

24

<div align="center">6</div>

<div align="center">COMPLAINT</div>

The Amini Law Group, NV, Ltd.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Phone (702) 960-3553 | Fax (702) 960-3501

but were not limited to, Defendant's promise to compensate Plaintiff pursuant to a monthly

installment arrangement, as well as Defendant's promise to compensate Plaintiff on a monthly basis

with interest.

36.  Plaintiff is informed and believes, and on that basis alleges, that Defendant intended to

manipulate Plaintiff into lending a sum of money, while simultaneously failing to 1) compensate

Plaintiff pursuant to the terms of the Agreement on a monthly basis, or 2) compensate Plaintiff with

interest.

37.  Plaintiff is informed and believes, and on that basis alleges, that Defendant entered into

the Agreement knowing that the representations contained therein and made by Defendant was in

fact false, or that Defendant lacked a sufficient basis for making those representations.

38.  Defendant never intended to honor the Agreement.

39.  Plaintiff is informed and believes, and on that basis alleges, that Defendant undertook the

misrepresentations alleged with the intent to deceive Plaintiff and induce Plaintiff into entering into

the Agreement, whereby Plaintiff agreed to provide Defendant with a loan for Fifty Thousand

Dollars ($50,000.00) in exchange for a six (6) month grace period followed by monthly repayments

of the loan plus interest.  Defendant made these representations to Plaintiff knowing the

representations were, in fact, false and misleading.

40.  Plaintiff relied on the representations made by Defendant, and was ignorant of the falsity of

Defendant's representations.  It was reasonable and justifiable for Plaintiff to rely on the

representations made to him by Defendant.  Had Plaintiff known the true facts, the Agreement would

not have been entered into by Plaintiff.

41.  Plaintiff is further informed and believes, and on that basis alleges, that Defendant's

aforementioned conduct was undertaken intentionally so as to deprive Plaintiff of money or cause

7

COMPLAINT

The Amin Law Group, NV Ltd.
3960 Howard Hughes Parkway, Suite 550
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax (702) 990-3501

1  him financial injury, while Defendant reaped the benefits of Plaintiff's performance of the

2  Agreement.

3      42.    The conduct of Defendant subjected Plaintiff to cruel and unjust hardship in conscious

4  disregard of Plaintiff's rights, therefore justifying an award of exemplary and punitive damages.

5      43.    As a direct and proximate result of the intentional and fraudulent conduct of Defendant,

6  Plaintiff has been damaged in an amount to be determined at trial, but which is likely in excess of

7  Fifty Thousand Dollars ($50,000.00).

8      44.    Also, as a further direct and proximate result of Defendant's actions, Plaintiff has been

9  required to retain the services of an attorney to prosecute this action and has been damaged thereby;

10  as such, Plaintiff is entitled to an award of reasonable attorneys' fees and costs.

### FIFTH CAUSE OF ACTION

#### (For Negligent Misrepresentation)

13      45.    Plaintiff alleges and incorporates by reference the allegations set forth in Paragraphs 1

14  through 44, as though fully set forth herein.

15      46.    In order to convince Plaintiff to entrust his funds to Defendant, Defendant agreed to repay

16  Plaintiff in monthly installments plus interest until the full balance of Fifty Thousand Dollars

17  ($50,000.00) was paid off.

18      47.    Plaintiff is informed and believes and thereon alleges that Defendant made these

19  representations with no reasonable grounds for believing them to be true, and knew or should have

20  known that those representations were false.

21      48.    Plaintiff relied on these representations in deciding to entrust his funds to Defendant as a

22  loan.

23      49.    Plaintiff did not discover, and could not have reasonably discovered, the fraudulent action

24

The Aniin Law Group, NV Ltd.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89109
Phone (702) 990-3583 Fax (702) 990-3501

8

of Defendant until on or around September 2011.

50.     Defendant's fraud and deceit have directly and proximately caused Plaintiff actual and compensatory damages in an amount according to proof at trial, but which Plaintiff estimates at no less than Fifty Thousand Dollars ($50,000.00).

51.     Also, as a further direct and proximate result of Defendant's actions, Plaintiff has been required to retain the services of an attorney to prosecute this action and has been damaged thereby; as such, Plaintiff is entitled to an award of reasonable attorneys' fees and costs.

## SIXTH CAUSE OF ACTION

### (For Fraudulent Inducement)

52.     Plaintiff alleges and incorporates by reference the allegations set forth in Paragraphs 1 through 51, as though fully set forth herein.

53.     Plaintiff is informed and believes and thereon alleges that Defendant committed a fraud upon him by intentionally misrepresenting a material fact to Plaintiff -- namely, that Plaintiff would be compensated for the loan with interest -- in conformity with the Agreement.

54.     Plaintiff is informed and believes and thereon alleges that Defendant made these misrepresentations with intent to induce Plaintiff's reliance on those representations, thereby securing Plaintiff's performance.

55.     Plaintiff is informed and believes, and on that basis alleges, that Defendant intended to utilize the sum of money loaned by Plaintiff for the benefit of the Defendant, while not compensating Plaintiff pursuant to the terms of the Agreement.

56.     Plaintiff accepted, and actually relied upon, the intentional misrepresentations of Defendant, as Plaintiff fully performed under the terms of the Agreement.

57.     Plaintiff was justified in relying on the express promises undertaken by the parties in the

9

**COMPLAINT**

The Liout Law Group, NV Ltd.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Phone: (702) 990-3300 | Fax: (702) 990-3301

1    Agreement, and upon the representations made by Defendant.

2         58.    Plaintiff is informed and believes, and on that basis alleges, that by intentionally

3    misrepresenting to Plaintiff that he would compensate Plaintiff with interest, thereby inducing

4    Plaintiff into performing under the Agreement, Defendant acted in a willful, malicious, outrageous

5    and intentional manner and with reckless disregard for the financial interests of Plaintiff, warranting

6    the imposition of exemplary and punitive damages according to proof at trial.

7         59.    Defendant's fraudulent inducement of Plaintiff proximately caused Plaintiff to suffer

8    damages in an amount in excess of at least Fifty Thousand Dollars ($50,000.00).

9         60.    Also, as a further direct and proximate result of Defendant's actions, Plaintiff has been

10   required to retain the services of an attorney to prosecute this action and has been damaged thereby;

11   as such, Plaintiff is entitled to an award of reasonable attorneys' fees and costs.

<div align="center">

**SEVENTH CAUSE OF ACTION**

**(For Unjust Enrichment)**

</div>

14        61.    Plaintiff alleges and incorporates by reference the allegations set forth in Paragraphs 1

15   through 60, as though fully set forth herein.

16        62.    Pursuant to the terms of the Agreement, Plaintiff fully performed his respective duties by

17   lending Fifty Thousand Dollars ($50,000.00) to Defendant in two (2) installments.  In performing

18   such act, Plaintiff conferred a clear benefit on Defendant.

19        63.    Defendant has retained that benefit for himself and to the severe detriment of Plaintiff, as

20   Defendant has failed and refused to repay Plaintiff on a monthly basis, with interest, pursuant to the

21   terms of the Agreement.

22

23

24

<div align="center">

**COMPLAINT**

</div>

The Aton Law Group, NV Ltd.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax: (702) 990-3501

64. Defendant has accepted and retained the benefit conferred upon him by Plaintiff by retaining the Fifty Thousand Dollars ($50,000.00), which was loaned under the terms of the Agreement, and which belongs to Plaintiff.

65. As a result of Defendant's retention of the financial benefit conferred upon him by Plaintiff, Defendant has been unjustly enriched at the expense of Plaintiff.

66. As a direct and proximate result of Defendant's retention of the financial benefits conferred upon him by Plaintiff, Plaintiff is entitled to Defendant's disgorgement of profits in an amount in excess of at least Fifty Thousand Dollars ($50,000.00).

67. Also, as a further direct and proximate result of Defendant's actions, Plaintiff has been required to retain the services of an attorney to prosecute this action and has been damaged thereby; as such, Plaintiff is entitled to an award of reasonable attorneys' fees and costs.

## EIGHTH CAUSE OF ACTION

### (For Accounting and Constructive Trust)

68. Plaintiff alleges and incorporates by reference the allegations set forth in Paragraphs 1 through 67, as though fully set forth herein.

69. Defendant fraudulently obtained money from Plaintiff by failing and refusing to tender to Plaintiff the principal amount of Fifty Thousand Dollars ($50,000.00) owed to him by virtue of the Agreement, and the interest on the principal amount owed to him by virtue of the Agreement. Defendant's actions in this regard were fraudulent.

70. Plaintiff is informed and believes, and on that basis alleges, that by virtue of Defendant's duplicitous conduct, Defendant holds the net profits of the loan, and any assets purchased with those profits, in a constructive trust for the benefit of Plaintiff. A constructive trust must be imposed upon such proceeds and assets for the benefit and protection of Plaintiff, regardless of whether such

11

The Aimin Law Group, N.V.Inc.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Phone: (702) 990-3563 / Fax: (702) 990-3561

1  proceeds and assets are currently held by Defendant or have been transferred to third parties.

2      71.    Plaintiff is informed and believes, and thereon alleges, that a full accounting is required in

3  order to determine the extent of the profits which have been unjustly withheld from Plaintiff by

4  Defendant.

5      72.    Plaintiff is informed and believes, and thereon alleges, that without a full accounting and

6  the imposition of a constructive trust, Defendant would be unjustly enriched to the detriment of

7  Plaintiff.

8      73.    Also, as a further direct and proximate result of Defendant's actions, Plaintiff has been

9  required to retain the services of an attorney to prosecute this action and has been damaged thereby;

10  as such, Plaintiff is entitled to an award of reasonable attorneys' fees and costs.

## NINTH CAUSE OF ACTION

### (For Restitution)

13      74.    Plaintiff alleges and incorporates by reference the allegations set forth in Paragraphs 1

14  through 73, as though fully set forth herein.

15      75.    As an alternative to traditional contract damages, Plaintiff has a right to restoration or

16  reimbursement and is entitled to restitution of funds which Defendant wrongfully converted.

17      76.    Defendant obtained and retained Plaintiff's funds and amounts owed to Plaintiff by fraud.

18  Therefore, Defendant was unjustly enriched at Plaintiff's expense, and Plaintiff should be awarded

19  the amount of funds he loaned to Defendant, plus interest at the statutory rate.

20      77.    Specifically, Defendant materially breached the terms of the Agreement by failing to repay

21  Plaintiff on a monthly basis with added interest.

22      78.    As Defendant obtained and retained Plaintiff's funds by fraud, it would be unjust to allow

23  Defendant to retain these funds.  Accordingly, the funds Plaintiff entrusted to Defendant should be

24

12

**COMPLAINT**

The Amin Law Group, NV Ltd.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89109
Phone: (702) 990-3583 / Fax: (702) 990-3501

1    returned to Plaintiff, plus interest.

2        79.    Also, as a further direct and proximate result of Defendant's actions, Plaintiff has been

3    required to retain the services of an attorney to prosecute this action and has been damaged thereby;

4    as such, Plaintiff is entitled to an award of reasonable attorneys' fees and costs.

5                            **TENTH CAUSE OF ACTION**

6                                **(For Conversion)**

7        80.    Plaintiff alleges and incorporates by reference the allegations set forth in Paragraphs 1

8    through 79, as though fully set forth herein.

9        81.    Plaintiff is entitled to and is the owner of the funds and the return on the funds which he

10   provided to Defendant as a loan.

11       82.    Plaintiff is informed and believes, and on that basis alleges, that Defendant wrongfully

12   converted Plaintiff's funds and asserts for his own personal use.

13       83.    Defendant induced Plaintiff to give him a loan and then improperly retained these funds.

14   Defendant failed to repay Plaintiff on a monthly basis with interest as promised to Plaintiff.

15       84.    The wrongful acts of Defendant has directly and proximately caused Plaintiff actual and

16   compensatory damages in an amount according to proof at trial, but which Plaintiff estimates at no

17   less than Fifty Thousand Dollars ($50,000.00).

18       85.    Plaintiff is informed and believes, and on that basis alleges, that the wrongful acts of

19   conversion alleged herein were performed in conscious disregard of the rights of Plaintiff and were

20   performed with malice and oppression, and were despicable.  In addition, the acts were performed

21   intentionally, willfully and with knowledge, thus entitling Plaintiff to recovery of exemplary and

22   punitive damages according to proof at the time of trial.

23       86.    Also, as a further direct and proximate result of Defendant's actions, Plaintiff has been

24                                      13

The Amin Law Group, W Ltd.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Phone: (702) 990-3583 | Fax (702) 990-3501

1   required to retain the services of an attorney to prosecute this action and has been damaged thereby;

2   as such, Plaintiff is entitled to an award of reasonable attorneys' fees and costs.

3   ### PRAYER FOR RELIEF

4       WHEREFORE, based on the foregoing, Plaintiff prays for relief as follows:

5       1.    For judgment against Defendant for compensatory damages in an amount exceeding Fifty

6   Thousand Dollars ($50,000.00);

7       2.    For actual, consequential, and incidental damages in an amount exceeding Fifty Thousand

8   Dollars ($50,000.00);

9       3.    For an accounting of profits;

10      4.    For punitive and exemplary damages in an amount sufficient to punish Defendant for his

11  conduct;

12      5.    For reliance damages;

13      6.    For reasonable attorneys' fees and costs incurred;

14      7.    That a constructive trust for the benefit of Plaintiff be imposed on Plaintiff's funds which

15  are being held by Defendant;

16      8.    For pre-judgment interest;

17      9.    For post-judgment interest;

18      10.    That Defendant be estopped from continuing to retain and control Plaintiff's funds; and

19      11.    For such other and further relief as the Court may deem just and equitable.

20  DATED this _____ day of June, 2013

21      By: _____

22      ISMAIL AMIN, ESQ. (SBN 9343)
        LAWRENCE KULP, ESQ. (SBN 7411)

23      **The Amin Law Group, NV., Ltd.**
        *Attorneys for Plaintiff*

24  <center>14</center>

The Amin Law Group, NV Ltd.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Phone (702) 990-3583 Fax (702) 990-3501

EXHIBIT A



## NEVADA STATE BANK

**THE DOOR TO YOUR FUTURE**

P.O. Box 990 · Las Vegas, NV 89125-0990 | www.nsbank.com

**Statement of Accounts**
Page 1 of 8
This Statement: March 31, 2011
Last Statement: February 28, 2011

Primary Account 612060830

0062551                 2291-06-0000-NSB-PO0010-00044

LEGACY CLUB PROMOTIONS LLC
JESSE C WAITS
JASON CODY WORKMAN
2950 SEASONS AVE
HENDERSON NV 89074-6986

**DIRECT INQUIRIES TO:**
Reddi Response
24-hour Account Information:
Las Vegas:      471-5800
Reno:           337-2811
1 (800) 462-3555 (outside local areas)

Loan By Phone
Las Vegas:      399-Loan (5626)
Reno:           851-8611
1 (800) 789-4671 (outside local areas)

---

**SUMMARY OF ACCOUNT BALANCE**

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Enterprise Checking | 612060830 | $20,579.87 | |

---

**ENTERPRISE CHECKING 612060830**                                    104    44

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 29,666.41 | 153,894.00 | 124,702.54 | 38,278.00 | 20,579.87 |

**8 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 03/01 | 10,736.00 | DEPOSIT 9494645947 |
| 03/03 | 2,000.00 | DEPOSIT 9494484090 |
| 03/04 | 70,000.00 | DEPOSIT 9494497113 |
| 03/07 | 12,000.00 | DEPOSIT 9494991457 |
| 03/11 | 9,954.00 | DEPOSIT 9494603595 |
| 03/23 | 20,000.00 | DEPOSIT 9494547589 |
| 03/24 | 20,000.00 | DEPOSIT 9494475411 |
| 03/30 | 9,204.00 | DEPOSIT 9494537815 |

**15 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 03/02 | 30,000.00 | WIRE/OUT-20110302000003823;BNF PRAVEEN CHANDRA  1300300262 |
| 03/02 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 03/07 | 30,000.00 | INTERNET XFER TO DDA MIRROR EDGE ID: 000002326  2300901001 |
| 03/07 | 10,449.71 | AMERICAN EXPRESS ELEC R 11030506151236REF # 011066001488838  1100751630 |
| 03/08 | 20,000.00 | WIRE/OUT-20110308000003096;BNF JOEL D. ZIMMERMAN  1300300224 |
| 03/08 | 2,000.00 | INTERNET XFER TO DDA MIRROR EDGE ID: 000001260  2300901989 |
| 03/08 | 257.48 | AT&T MOBILITY BILL PAYM ******1580 REF # 011066001651887  1100709227 |
| 03/08 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 03/17 | 224.05 | VERIZON WIRELESS BILL P ******3300 REF # 011075005624594  1100609769 |
| 03/24 | 1,500.00 | INTERNET XFER TO DDA MIRROR EDGE ID: 000001255  2301001489 |
| 03/25 | 13,100.00 | WIRE/OUT-20110325000005152;BNF JET 79 LLC  1300300348 |
| 03/25 | 6,000.00 | AMERICAN EXPRESS ELEC R 11032406761568REF # 011084008955471  1100839774 |
| 03/25 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 03/29 | 8,000.00 | INTERNET XFER TO DDA MIRROR EDGE ID: 000001349  2300901641 |
| 03/31 | 3,096.30 | FARMERS STANDARD E PAY ******80 REF # 011090001327070  1101028760 |



MEMBER FDIC

0062551-0000001-0133997



**NEVADA STATE BANK**

THE DOOR TO YOUR FUTURE

P.O. Box 990 · Las Vegas, NV 89125-0990 | www.nsbank.com

Page 3 of 6
March 31, 2011
LEGACY CLUB PROMOTIONS LLC
612060830

## 36 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1036 | 03/11 | 1,017.00 | 1304 | 03/07 | 1,047.00 | 1317 | 03/22 | 205.00 |
| 1283* | 03/17 | 1,002.00 | 1305 | 03/04 | 757.00 | 1318 | 03/22 | 567.00 |
| 1287* | 03/02 | 100.00 | 1306 | 03/16 | 250.00 | 1319 | 03/21 | 1,324.00 |
| 1294* | 03/09 | 232.00 | 1307 | 03/07 | 223.00 | 1320 | 03/18 | 1,058.00 |
| 1295 | 03/03 | 877.00 | 1309* | 03/08 | 738.00 | 1321 | 03/21 | 471.00 |
| 1296 | 03/03 | 579.00 | 1310 | 03/11 | 13,925.00 | 1322 | 03/29 | 724.00 |
| 1298* | 03/04 | 862.00 | 1311 | 03/08 | 1,000.00 | 1323 | 03/22 | 636.00 |
| 1299 | 03/17 | 1,523.00 | 1312 | 03/08 | 2,000.00 | 1324 | 03/21 | 153.00 |
| 1300 | 03/07 | 829.00 | 1313 | 03/17 | 1,102.00 | 1326* | 03/31 | 478.00 |
| 1301 | 03/07 | 337.00 | 1314 | 03/22 | 612.00 | 1327 | 03/29 | 234.00 |
| 1302 | 03/09 | 480.00 | 1315 | 03/17 | 112.00 | 1328 | 03/22 | 465.00 |
| 1303 | 03/03 | 1,114.00 | 1316 | 03/17 | 743.00 | 1329 | 03/24 | 500.00 |

* Not in check sequence

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|--------|------|------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/01 | 40,402.41 | 03/11 | 15,482.22 | 03/23 | 25,033.17 |
| 03/02 | 10,277.41 | 03/16 | 15,232.22 | 03/24 | 43,033.17 |
| 03/03 | 9,707.41 | 03/17 | 10,526.17 | 03/25 | 23,808.17 |
| 03/04 | 78,068.41 | 03/18 | 9,468.17 | 03/29 | 14,950.17 |
| 03/07 | 47,202.70 | 03/21 | 7,520.17 | 03/30 | 24,154.17 |
| 03/08 | 21,182.22 | 03/22 | 5,033.17 | 03/31 | 20,579.87 |
| 03/09 | 20,470.22 | | | | |

MEMBER FDIC

0062351-0000002-0133990

EXHIBIT B

------Original Message------
From: Joel Zimmerman
To: Jesse Waits
Subject: bank details
Sent: Mar 7, 2011 2:49 PM

Los Angeles Bank Details:
Joel D. Zimmerman
Citibank
9059 Sunset Blvd.
West Hollywood, CA 90069

Routing:
322271724
Account:
40017251923

Joel Zimmerman | WME
jzimmerman@wmeentertainment.com
310.859.4047
310.248.5851(f)

# EXHIBIT C



**TALG**
The Amin Law Group, NV. Ltd.

3960 Howard Hughes Parkway, Fifth Floor
Las Vegas, NV 89169
Tel: 702.990.3563   Fax: 702.990.3501
www.aminlawgroup.com

Affiliated Offices:   The Amin Law Group, Ltd
                      CALIFORNIA / TEXAS

February 8, 2013

**VIA US MAIL AND E-MAIL**
Mr. Joel Zimmerman
3132 Holly Ridge Drive
Los Angeles, California 90068
Email: jzimmerman@wmeentertainment.com

RE:   **Overdue Loan for Joel Zimmerman**
      **First (1ST) Demand for Payment**

Dear Mr. Zimmerman:

This office serves as counsel to Jesse Waits, the holder of your loan for the principal amounts of Twenty Thousand Dollars ($20,000.00) and Thirty Thousand Dollars ($30,000.00). Please direct to the undersigned any and all future communication about the matters addressed herein.

As you are aware, you entered into an agreement with Mr. Waits for a loan of Fifty Thousand Dollars ($50,000.00). In furtherance of this loan, on or about March 2, 2011, Praveen Chandra wired you Thirty Thousand Dollars ($30,000.00) on behalf of Mr. Waits. Moreover, on or about March 8, 2011, Mr. Waits wired you the remaining Twenty Thousand Dollars ($20,000.00) per the terms of your agreement. **However, to date, you have failed to pay back any portion of the Fifty Thousand Dollars ($50,000.00) to Mr. Waits.**

**Demand is hereby made that you, Mr. Zimmerman, immediately transmit payment-in-full to the Amin Law Group, NV., LTD. Client Trust Account.** We request the courtesy of a response by the *close of business, on February 18, 2013*. If a response is not forthcoming by then, we will assume that you have no intention of paying this debt. We will then resort to all rights and remedies to recover the outstanding balance, including the filing of a lawsuit for breach of contract, deceptive trade practices, breach of the implied covenant of good faith and fair dealing, fraud, intentional misrepresentation and common counts. This lawsuit will include the above causes of action against you for your breach of the contract with Mr. Waits.

We are aware that you have substantially ignored prior collection efforts. While the outstanding balances are substantial, we encourage you to take action in response to this letter. Failure to do so could have serious consequences, including the obtaining of a judgment against you. We would prefer to avoid that result, but will have no choice to pursue this course of action if you do not contact our office in the timeframe set forth above.

We sincerely appreciate, in advance, the courtesy of a response.

Very Truly Yours,

Ismail Amin, Esq.
THE AMIN LAW GROUP, NV., LTD.