JOICE B. BASS
Nevada Bar No. 9405
jbass@lrrlaw.com
JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lrrlaw.com
**LEWIS ROCA ROTHGERBER LLP**
3993 Howard Hughes Parkway #600
Las Vegas, Nevada  89169
(702) 949-8200

Michael B. Garfinkel  (*pro hac vice forthcoming*)
California Bar No. 156010
MGarfinkel@perkinscoie.com
**PERKINS COIE** LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900

*Attorneys for Defendants/ Counterclaimants/*
*Third-Party Plaintiffs Joel Zimmerman and*
*William Morris Endeavor Entertainment, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| JESSE WAITS, an individual,<br>                                Plaintiff,<br><br>            vs.<br><br>JOEL ZIMMERMAN aka JOEL D.<br>ZIMMERMAN, an individual and DOES 1-10,<br>                                Defendants. | Case No. 2:13-cv-01182-RCJ-CWH<br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR COUNTERCLAIMANTS JOEL ZIMMERMAN AND WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC TO FILE AN AMENDED COUNTERCLAIM** |
| JOEL ZIMMERMAN, an individual, and<br>WILLIAM MORRIS ENDEAVOR<br>ENTERTAINMENT, LLC, a Delaware<br>Limited Liability Company,<br>                                Counterclaimants,<br><br>vs.<br><br>JESSE WAITS, an individual,<br>                                Counterdefendant. | |
| JOEL ZIMMERMAN, an individual, and<br>WILLIAM MORRIS ENDEAVOR<br>ENTERTAINMENT, LLC, a Delaware<br>Limited Liability Company,<br>                                Third-Party Plaintiffs,<br><br>vs.<br><br>DON JOHNSON, an individual,<br>                                Third-Party Defendant. | |

LEWIS ROCA
ROTHGERBER

-1-

3780955.1

Plaintiff Jesse Waits ("Plaintiff"), Defendant/Counterclaimant/Third-Party Plaintiff Joel Zimmerman and Counterclaimant/ Third-Party Plaintiff William Morris Endeavor Entertainment, LLC (collectively "Counterclaimants"), (Plaintiff and Counterclaimants are collectively referenced as the "Parties") hereby stipulate as follows:

1.      Plaintiff filed his Motion to Dismiss Counterclaims Pursuant to FRCP 12(b)(6) ("Motion") on July 31, 2013 [Dkt. # 11].

2.      On September 17, 2013, the Court granted the Motion in part and denied it in part with leave to amend the intentional misrepresentation counterclaim ("Amended Counterclaim") [Dkt. # 20].

3.      Recently, the Parties have engaged in settlement discussions, have reached tentative settlement terms and have exchanged a draft settlement agreement.

4.      In order to afford the Parties additional time to finalize settlement, the Parties have agreed to extend the time for Counterclaimants to file and serve their Amended Counterclaim. Accordingly, Counterclaimants shall have up to and including October 17, 2013 to file and serve their Amended Counterclaim.

This is the Parties' first request for an extension of time with respect to the filing of the Amended Counterclaim.  The additional time sought is not for the purpose of delay but rather to

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS ROCA
ROTHGERBER

allow the parties to focus their efforts on continued settlement negotiations.

Dated: this 26th day of September, 2013.

**IT IS SO AGREED AND STIPULATED:**

By: */s/ Jennifer K. Hostetler*
    JOICE B. BASS
    Nevada Bar No. 9405
    JENNIFER K. HOSTETLER
    Nevada Bar No. 11994
    LEWIS ROCA ROTHGERBER LLP
    3993 Howard Hughes Pkwy., Ste. 600
    Las Vegas, NV 89169

By: */s/ Ismail Amin*
    ISMAIL AMIN
    Nevada Bar No. 9343
    LAWRENCE KULP
    Nevada Bar No. 7411
    THE AMIN LAW GROUP, NV., LTD.
    3960 Howard Hughes Pkwy., Ste. 500
    Las Vegas, Nevada 89169

*Attorneys for Defendants/ Counterclaimants/*
*Third-Party Plaintiffs Joel Zimmerman and*
*William Morris Endeavor Entertainment, LLC*

*Attorneys for Plaintiff Jesse Waits*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

-3-

3780955.1