JOICE B. BASS
Nevada Bar No. 9405
jbass@lrrlaw.com
JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lrrlaw.com
**LEWIS ROCA ROTHGERBER LLP**
3993 Howard Hughes Parkway #600
Las Vegas, Nevada 89169
(702) 949-8200

Michael B. Garfinkel  (*pro hac vice forthcoming*)
California Bar No. 156010
MGarfinkel@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900

*Attorneys for Defendants/ Counterclaimants/
Third-Party Plaintiffs Joel Zimmerman and
William Morris Endeavor Entertainment, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| JESSE WAITS, an individual,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOEL ZIMMERMAN aka JOEL D. ZIMMERMAN, an individual and DOES 1-10,<br>　　　　　　Defendants. | Case No. 2:13-cv-01182-RCJ-CWH<br><br>**STIPULATION AND ORDER FOR:**<br><br>1. **DISMISSAL WITH PREJUDICE OF THE COMPLAINT AND COUNTERCLAIM**<br><br>2. **DISMISSAL WITHOUT PREJUDICE OF THE THIRD PARTY COMPLAINT** |
| JOEL ZIMMERMAN, an individual, and WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br>　　　　　　Counterclaimants,<br><br>vs.<br><br>JESSE WAITS, an individual,<br>　　　　　　Counterdefendant. | |
| JOEL ZIMMERMAN, an individual, and WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br>　　　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>DON JOHNSON, an individual,<br>　　　　　　Third-Party Defendant. | |

Plaintiff Jesse Waits ("Plaintiff"), Defendant/Counterclaimant/Third-Party Plaintiff Joel Zimmerman ("Zimmerman") and Counterclaimant/ Third-Party Plaintiff William Morris Endeavor Entertainment, LLC ("WME"), through their respective counsel of record, stipulate as follows:

1. All claims and causes of action asserted in the Complaint by Plaintiff against Zimmerman shall be and hereby are dismissed with prejudice.

2. All counterclaims and causes of action asserted in the Counterclaim by Zimmerman and WME against Plaintiff shall be and hereby are dismissed with prejudice.

3. All third-party claims and causes of action asserted in the Third-Party Complaint by Zimmerman and WME against Don Johnson shall be and hereby are dismissed without prejudice. Third Party Defendant Don Johnson has not yet appeared or served a responsive pleading in this matter. WME and Zimmerman expressly reserve their rights to file a complaint against Don Johnson for the same and/or additional damages.

4. All parties shall bear their own costs and attorneys' fees.

Dated: this 21st day of October, 2013.

**IT IS SO AGREED AND STIPULATED:**

By: */s/ Joice B. Bass*  
    JOICE B. BASS  
    Nevada Bar No. 9405  
    JENNIFER K. HOSTETLER  
    Nevada Bar No. 11994  
    LEWIS ROCA ROTHGERBER LLP  
    3993 Howard Hughes Pkwy., Ste. 600  
    Las Vegas, NV 89169  

*Attorneys for Defendants/ Counterclaimants/ Third-Party Plaintiffs Joel Zimmerman and William Morris Endeavor Entertainment, LLC*

By: */s/ Ismail Amin*  
    ISMAIL AMIN  
    Nevada Bar No. 9343  
    LAWRENCE KULP  
    Nevada Bar No. 7411  
    THE AMIN LAW GROUP, NV., LTD.  
    3960 Howard Hughes Pkwy., Ste. 500  
    Las Vegas, Nevada 89169  

*Attorneys for Plaintiff Jesse Waits*

**IT IS SO ORDERED:**

_____  
UNITED STATES DISTRICT JUDGE

Dated: _____